IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID SATCHELL | : | CIVIL ACTION |
| v. | : | |
| THERESA DELBASO, et al. | : | NO. 19-2191 |

**ORDER**

FILED
JUL 16 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

AND NOW, this 16th day of July, 2019, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of Thomas J. Rueter, United States Magistrate Judge, it is hereby

**ORDERED**

1. The Report and Recommendation [Doc. 3] is **APPROVED** and **ADOPTED**.

2. Petitioner's request that the habeas case be stayed and held in abeyance until the resolution of pending related state court proceedings (Doc. 1 at 59) is **GRANTED**.

3. Petitioner and respondents shall monitor the state court proceedings and immediately notify this court upon their conclusion.

BY THE COURT:

JEFFREY L. SCHMEHL,   J.